UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOUSSA,<br><br>        Plaintiff,<br><br>    v.<br><br>BARRY E. FURTADO, et al.,<br><br>        Defendants. | Case No. 5:18-cv-02138-EJD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

On December 11, 2018, the parties reported to the Mediator that they had reached a Settlement. Dkt. No. 27. On December 12, 2018, this Court terminated future deadlines and issued an order to show cause regarding their settlement. Dkt. No. 29. On December 27, 2018, the parties filed a Notice of Settlement with the Court requesting 60 days to submit a dismissal or appear for a hearing to show cause. Dkt. No. 30.

Accordingly, **the Order to Show Cause hearing currently set for February 14, 2019 is CONTINUED to March 14, 2019 at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **March 4, 2019**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal. The Order to Show Cause shall be vacated automatically and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed **on or before March 4, 2019**. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

     **IT IS SO ORDERED.**

Dated: February 1, 2019

                                              EDWARD J. DAVILA
                                              United States District Judge